IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02479-BNB

MELVIN J. SCOTT,

    Plaintiff,

v.

EG&G/LEAR SIEGLER SERVICES, INC.,

    Defendant.

```
                         FILED
              UNITED STATES DISTRICT COURT
                    DENVER, COLORADO

                      SEP 29 2011

                GREGORY C. LANGHAM
                                CLERK
```

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02479-BNB

Melvin J Scott
4318 Biscay St
Denver, CO 80249

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk