IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02479-MSK-MJW

MELVIN J. SCOTT,

Plaintiff,

v.

EG&G/LEAR SIEGLER SERVICES, INC.,

Defendant.

---

**NOTICE OF PENDING SETTLEMENT**

---

Defendant EG&G / Lear Siegler Services, Inc., ("Defendant"), by and through its undersigned counsel, gives notice that a settlement has been reached in this case, but the parties are still negotiating terms of the final settlement agreement. The Parties intend to file a stipulation for dismissal with prejudice on or before March 19, 2012.

This matter has the following upcoming deadlines:

- Proposed Scheduling Order due January 27, 2012;
- Answer or other responsive pleading due January 30, 2012;
- Scheduling Conference set for February 1, 2012 at 9:30 a.m.
- Initial disclosures due February 1, 2012.

Defendant respectfully requests that the Court stay the upcoming deadlines to allow the parties to continue with the settlement process. Defendant will immediately notify the Court if the settlement negotiations should break down.

Respectfully submitted this 27th day of January, 2012.

*s/ Jennifer S. Harpole*
Peter F. Munger
Jennifer S. Harpole
Jackson Lewis LLP
950 Seventeenth Street, Suite 2600
Denver, Colorado 80202
(303) 892-0404 – telephone
(303) 892-5575 – facsimile
peter.munger@jacksonlewis.com
harpolej@jacksonlewis.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 27th day of January, 2012, a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** was filed with the Clerk of the Court, *via* CM/ECF and served on the following:

Melvin J. Scott
4318 Biscay Street
Denver, CO 80249

*s/ Shelley Remaklus*
for Jackson Lewis LLP