IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02479-MSK-MJW

MELVIN J. SCOTT,

       Plaintiff,

v.

EG&G/LEAR SIEGLER SERVICES, INC.,

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice **(#17)** filed February 24, 2012. The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 24th day of February, 2012.

                        **BY THE COURT:**

                        _____

                        Marcia S. Krieger
                        United States District Judge